**AMPEX CORPORATION,**
Plaintiff–Appellant,

v.

**EASTMAN KODAK COMPANY, Chinon Industries, Inc., and Altek Corporation, Defendants–Appellees.**

No. 2007–1089.

United States Court of Appeals,
Federal Circuit.

Feb. 7, 2008.

Jesse J. Jenner, Ropes & Gray LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were Norman H. Beamer, of Palo Alto, California, and James E. Hopenfeld, of Washington, DC. Of counsel was Karen A. Christiansen, of Palo Alto, California.

Michael J. Summersgill, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, argued for defendants-appellees. With him on the brief were William F. Lee, Donald R. Steinberg, Lauren B. Fletcher, and Jordan L. Hirsch, of Boston, Massachusetts, and S. Calvin Walden, of New York, New York.

Before MAYER, DYK and MOORE, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.